

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2019

No. 04-19-00280-CR

Edgar Mario **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRF-001147-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on August 28, 2019. *See* TEX. R. APP. P. 38.6(a). Before the twice-extended due date, Appellant filed a third motion for an extension of time to file the brief until September 27, 2019.

Appellant's motion is GRANTED; the brief is due on September 27, 2019.

Any further motion for extension of time to file Appellant's brief will be disfavored.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2019.

KEITH E. HOTTLE,
Clerk of Court